UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:07-CR-56-1F

| United States Of America | ) | |
|---|---|---|
| | ) | |
| vs. | ) | ORDER CONTINUING |
| | ) | MOTION FOR REVOCATION HEARING |
| Billy Wayne Liles | ) | |

On March 5, 2008, Billy Wayne Liles appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon a plea of guilty to 18 U.S.C. § 922(g)(1) and 924, Felon in Possession of a Firearm, was sentenced to the custody of the Bureau of Prisons for a term of 24 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 36 months upon release from imprisonment. Billy Wayne Liles was released from custody and the term of supervised release commenced on January 20, 2010. On September 8, 2010, the court revoked his term of supervised release and sentenced him to 1 day in custody, followed by 36 months of supervised release under the same conditions previously imposed, and the following additional condition:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

From evidence presented at the revocation hearing on January 18, 2011, it now appears that the ends of justice would best be served by continuing the Motion for Revocation before the court this date for a period of six months under the original terms and conditions imposed in this case.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the final hearing regarding the Motion for Revocation of Supervised Release be continued until the court's June 4, 2012, term in Wilmington, North Carolina.

This the 18th day of January, 2012.

James C. Fox
Senior U.S. District Judge